IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMEEL WILSON,<br>*Plaintiff* | : | CIVIL ACTION |
| | : | |
| | : | NO. 15-3409 |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of the<br>Social Security Administration,<br>*Defendant* | : | |

**ORDER**

**AND NOW,** this 1st day of November 2016, upon a careful and independent consideration of the administrative record, the *Report and Recommendation* issued on July 26, 2016, by the Honorable Marilyn Heffley, United States Magistrate Judge, [ECF 13], the *objections to the Report and Recommendations of Magistrate Judge* filed by Plaintiff Jameel Wilson [ECF 14], Defendant's response to Plaintiff's objections, [ECF 16], and Plaintiff's reply, [ECF 17], it is hereby **ORDERED**, for the reasons set forth in the accompanying Memorandum Opinion, that:

1. Plaintiff's objections are **SUSTAINED**, in part, and **OVERRULED**, in part;

2. Plaintiff's Request for Review is **GRANTED**, in part, and **DENIED**, in part;

3. the decision of the Acting Commissioner of the Social Security Administration is **VACATED** and this matter is **REMANDED** to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) to conduct additional proceedings consistent with the accompanying Memorandum Opinion; and

4. the Clerk of Court is directed to mark this matter **CLOSED.**

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO
*Judge, United States District Court*